

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2022

No. 04-21-00345-CR

**EX PARTE VANESSA MARIE VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

    The State's Motion for Extension of Time to File Brief is GRANTED IN PART for 20 days (accelerated). The State's brief is due on or before January 31, 2022.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court